# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−31373−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Theron Cromer                                    Mechela N. Bailey
34 Cobblers Circle                               34 Cobblers Circle
Franklin Park, NJ 08823                          Franklin Park, NJ 08823

Social Security No.:
   xxx−xx−2095                                   xxx−xx−3819

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       7/25/17
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Justin Gillman, Esq., Debtor's Attorney

COMMISSION OR FEES
$1,400.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).


Dated: June 30, 2017
JAN:

                                                            Jeanne Naughton
                                                            Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 16-31373-MBK
Theron Cromer                                                       Chapter 13
Mechela N. Bailey
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Jun 30, 2017
                              Form ID: 137                Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2017.
db/jdb         +Theron Cromer,    Mechela N. Bailey,    34 Cobblers Circle,    Franklin Park, NJ 08823-1786
cr             +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING C,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516488985     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
516488982      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516488988      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516488989      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516488993     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516488990      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516488997      +Chase,   Attn: Correspondence Dept,     Po Box 15298,    Wilmingotn, DE 19850-5298
516488998      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
516488999      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516489001      +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516489002      +Chase Mortgage,    Po Box 24696,    Columbus, OH 43224-0696
516489003      +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
516489007      +Citibank / Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
516489006      +Citibank / Sears,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 S Louis, MO 63179-0040
516489009      +Citibank Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
516489008      +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                 Saint Louis, MO 63179-0040
516489012       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
516489013      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
516579744       HSBC BANK USA, NATIONAL ASSOCIATION et.al,     WELLS FARGO BANK, N.A.,
                 Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516489014      +Phelan Hallinan, Diamond & Jones, PC,     400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516489015      +Pier 1/Comenity Bank,    Po Box 15298,    Wilmington, DE 19850-5298
516489016      +Select Portfolio Servicing, Inc.,     PO Box 65250,    Salt Lake City, UT 84165-0250
516489017      +Somerset County Sheriff,    20 Grove Street,    PO Box 3000,    Somerville, NJ 08876-1262
516489026     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516703389       The BNYM Trust Company, NA, Trustee (See 410),     c/o Select Portfolio Servicing, Inc.,
                 PO Box 65250,    Salt Lake City, Utah 84165-0250
516593799      +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
516489028      +TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
516489030      +Verizon,    Po Box 49,    Lakeland, FL 33802-0049
516489029      +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
516488981     ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Americas Servicing Co,     8480 Stagecoach Circle,
                 Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 30 2017 21:11:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2017 21:11:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516574603       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2017 21:14:50
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516489005       E-mail/Text: bknotices@checkassistflorida.com Jun 30 2017 21:11:27     Check Assist,
                 2405 Langley Ave,    Pensacola, FL 32504
516535760      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 30 2017 21:14:49
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
516488996      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 30 2017 21:14:56
                 Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
516556171      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 30 2017 21:14:42
                 Capital One Auto Finance,,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516489004      +E-mail/Text: bknotices@checkassistflorida.com Jun 30 2017 21:11:27     Check Assist,
                 Po Box 11128,    Pensacola, FL 32524-1128
516489010      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 30 2017 21:14:49     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516489011      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 30 2017 21:14:42     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
```

```
District/off: 0312-3          User: admin               Page 2 of 3              Date Rcvd: Jun 30, 2017
                              Form ID: 137              Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516702382          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 21:20:19
                    Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                    Norfolk VA 23541
516489019         +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 21:14:41     Synchrony Bank/HH Gregg,
                    Po Box 965036,   Orlando, FL 32896-5036
516489018         +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 21:14:48     Synchrony Bank/HH Gregg,
                    Po Box 965060,   Orlando, FL 32896-5060
516489021         +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 21:14:55     Synchrony Bank/Linen N' Things,
                    Po Box 965005,   Orlando, FL 32896-5005
516489020         +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 21:14:41     Synchrony Bank/Linen N' Things,
                    Po Box 965064,   Orlando, FL 32896-5064
516489023         +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 21:14:48     Synchrony Bank/Sams,
                    Po Box 965005,   Orlando, FL 32896-5005
516489022         +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 21:14:55     Synchrony Bank/Sams,
                    Po Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 17


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516488986*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
516488987*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
516488983*        +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516488984*        +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516488994*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
516488995*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
516488991*        +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516488992*        +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516489000*        +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
516489027*       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                    Parsippany, NJ 07054)
516489024*       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
                    Cedar Rapids, IA 52408)
516489025*       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
                    Cedar Rapids, IA 52408)
                                                                                       TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jun 30, 2017
                              Form ID: 137             Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James Patricк Shay   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH CERTIFICATES james.shay@phelanhallinan.com

        Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com

        Jill  Manzo   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., as servicer for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE, IN TRUST FOR AND FOR THE BENEFIT OF THE CE bankruptcy@feinsuch.com

        Justin M Gillman   on behalf of Joint Debtor Mechela N. Bailey abgillman@optonline.net, r47252@notify.bestcase.com

        Justin M Gillman   on behalf of Debtor Theron  Cromer abgillman@optonline.net, r47252@notify.bestcase.com

        Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE et.al. nj.bkecf@fedphe.com

        Nicholas V. Rogers   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH CERTIFICATES nj.bkecf@fedphe.com

        TOTAL: 9