UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on August 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Theron Cromer and Mechela N. Bailey

| | |
|---|---|
| Case No. | 16-31373 |
| Hearing Date: | 8/23/17 at 10:00 am |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

## ORDER TO SHOW CAUSE
### WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 4, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that  Jason Brett Schwartz  was directed to file: #41 ORDER TO BE SUBMITTED  and that the document has not been filed, it is hereby

ORDERED that  Jason Brett Schwartz  shall show cause on  August 23, 2017  at  10:00 am  in the United States Bankruptcy Court,  402 East State Street, Trenton , New Jersey, Courtroom number  8 , before the Honorable  Michael B. Kaplan  why the:

- ☒ motion should not be denied,
- ❏ pleading should not be stricken.

*new 9/10/07*