UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on August 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Theron Cromer and Mechela N. Bailey

Case No. 16-31373

Hearing Date: 8/23/17 at 10:00 am

Judge: Michael B. Kaplan

Chapter: 13

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 4, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that  Jason Brett Schwartz  was directed to file:

#41 ORDER TO BE SUBMITTED  and that the document has not been filed, it is hereby

ORDERED that  Jason Brett Schwartz  shall show cause on August 23, 2017 at 10:00 am  in the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, Courtroom number 8, before the Honorable Michael B. Kaplan why the:

- ☒ motion should not be denied,
- ☐ pleading should not be stricken.

*new 9/10/07*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-31373-MBK
Theron Cromer                                                                   Chapter 13
Mechela N. Bailey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 04, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.
db/jdb         +Theron Cromer,    Mechela N. Bailey,    34 Cobblers Circle,    Franklin Park, NJ 08823-1786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH
               CERTIFICATES james.shay@phelanhallinan.com
              Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Jill  Manzo    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., as servicer for THE BANK
               OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS
               TRUSTEE, IN TRUST FOR AND FOR THE BENEFIT OF THE CE bankruptcy@feinsuch.com
              Justin M Gillman    on behalf of Debtor Theron  Cromer abgillman@optonline.net,
               r47252@notify.bestcase.com
              Justin M Gillman    on behalf of Joint Debtor Mechela N. Bailey abgillman@optonline.net,
               r47252@notify.bestcase.com
              Marlena S. Diaz-Cobo    on behalf of Creditor   Ten Mile Run Homeowners Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING
               COMPANY AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE et.al.
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH
               CERTIFICATES nj.bkecf@fedphe.com
                                                                                                 TOTAL: 10