| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 224844<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of the Multi-Class Mortgage Pass-Through Certificates, ChaseFlex Trust Series 2007-3 | Order Filed on June 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Theron Cromer and Mechela N. Bailey | Case No.: 16-31373-MBK<br>Chapter 13<br><br>Hearing Date: June 26, 2018<br>Time: 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

# ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTORS

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: June 26, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of the Multi-Class Mortgage Pass-Through Certificates, ChaseFlex Trust Series 2007-3 under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362, as to Debtors, Mark M. Ozburu *aka* Metin M. Ozburu *dba* Ozboru and Seniz Ozboru *dba* Ozboru, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

221 Herbert Avenue, Hampton, VA 23664.

ORDERED that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.