| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin   Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 224844<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of the Multi-Class Mortgage Pass-Through Certificates, ChaseFlex Trust Series 2007-3 |
| In Re:<br><br>Theron Cromer and Mechela N. Bailey |

**Order Filed on June 26, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 16-31373-MBK
Chapter 13

Hearing Date: June 26, 2018
Time: 9:00 a.m.

Judge: Michael B. Kaplan

# ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTORS

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: June 26, 2018**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of the Multi-Class Mortgage Pass-Through Certificates, ChaseFlex Trust Series 2007-3 under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362, as to Debtors, Mark M. Ozburu *aka* Metin M. Ozburu *dba* Ozboru and Seniz Ozboru *dba* Ozboru, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

221 Herbert Avenue, Hampton, VA 23664.

ORDERED that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Theron Cromer  
Mechela N. Bailey  
    Debtors

Case No. 16-31373-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 26, 2018  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
db/jdb       +Theron Cromer,    Mechela N. Bailey,    34 Cobblers Circle,    Franklin Park, NJ 08823-1786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:

        Albert    Russo    docs@russotrustee.com  
        Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Andrew M. Lubin     on behalf of Creditor     Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon Trust Company, N.A. bkecf@milsteadlaw.com,    alubin@milsteadlaw.com  
        Andrew M. Lubin     on behalf of Creditor     The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of the Multi-Class Mortgage Pass bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Jason Brett Schwartz     on behalf of Creditor     Capital One Auto Finance jschwartz@mesterschwartz.com  
        Jill    Manzo     on behalf of Creditor     SELECT PORTFOLIO SERVICING, INC., as servicer for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE, IN TRUST FOR AND FOR THE BENEFIT OF THE CE bankruptcy@feinsuch.com  
        Justin M Gillman     on behalf of Joint Debtor Mechela N. Bailey abgillman@optonline.net, r47252@notify.bestcase.com  
        Justin M Gillman     on behalf of Debtor Theron    Cromer abgillman@optonline.net, r47252@notify.bestcase.com  
        Marlena S. Diaz-Cobo     on behalf of Creditor     Ten Mile Run Homeowners Association, Inc. collections@theassociationlawyers.com  
        Nicholas V. Rogers     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH CERTIFICATES nj.bkecf@fedphe.com  
        Nicholas V. Rogers     on behalf of Creditor     WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE et.al. nj.bkecf@fedphe.com  
        Sherri Jennifer Smith     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH CERTIFICATES nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com

                                                                                                                                                              TOTAL: 13