Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.



Order Filed on July 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Theron Cromer<br>Mechela Bailey<br><br>Debtor(s). | Chapter: 13<br><br>Case No.: 16-31373<br><br>Hearing Date: 7/24/2018<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |

### ORDER RELIEVING GILLMAN & GILLMAN, LLC AS COUNSEL FOR DEBTOR

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: July 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

ORDER RELIEVING GILLMAN & GILLMAN, LLC AS COUNSEL FOR DEBTOR

THIS MATTER having come before the Court by way of Gillman & Gillman, LLC's Motion to Withdraw as Counsel for the Debtor; Justin M. Gillman, Esq., appearing for Gillman & Gillman, LLC; and Notice of the within Motion having been given to the Debtor and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. THAT Justin M. Gillman, Esq., and the office of Gillman & Gillman, LLC, are hereby relieved as counsel for the Debtor.

2. THAT the Debtors shall have _____ days to obtain new counsel.

3. THAT all notices shall be sent directly to the Debtors at 34 Cobblers Circle, Franklin Park, NJ 08823, or any other address as directed by the Debtor, until the Debtor has obtained new counsel.