Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

Order Filed on July 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Theron Cromer<br>Mechela Bailey<br><br>Debtor(s). | Chapter: 13<br><br>Case No.: 16-31373<br><br>Hearing Date: 7/24/2018<br><br>Judge: Hon. Michael B. Kaplan, U.S.B.J. |
|---|---|

## ORDER RELIEVING GILLMAN & GILLMAN, LLC AS COUNSEL FOR DEBTOR

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: July 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

ORDER RELIEVING GILLMAN & GILLMAN, LLC AS COUNSEL FOR DEBTOR

THIS MATTER having come before the Court by way of Gillman & Gillman, LLC's Motion to Withdraw as Counsel for the Debtor; Justin M. Gillman, Esq., appearing for Gillman & Gillman, LLC; and Notice of the within Motion having been given to the Debtor and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. THAT Justin M. Gillman, Esq., and the office of Gillman & Gillman, LLC, are hereby relieved as counsel for the Debtor.

2. THAT the Debtors shall have _____ days to obtain new counsel.

3. THAT all notices shall be sent directly to the Debtors at 34 Cobblers Circle, Franklin Park, NJ 08823, or any other address as directed by the Debtor, until the Debtor has obtained new counsel.

United States Bankruptcy Court
District of New Jersey

In re:  
Theron Cromer  
Mechela N. Bailey  
    Debtors

Case No. 16-31373-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 27, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db/jdb        +Theron Cromer,   Mechela N. Bailey,   34 Cobblers Circle,   Franklin Park, NJ 08823-1786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:
           Albert   Russo   docs@russotrustee.com
           Albert   Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
           Andrew M. Lubin    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon Trust Company, N.A. bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
           Andrew M. Lubin    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the Certificateholders of the Multi-Class Mortgage Pass bkecf@milsteadlaw.com, alubin@milsteadlaw.com
           Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
           Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com
           Jill  Manzo    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., as servicer for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE, IN TRUST FOR AND FOR THE BENEFIT OF THE CE bankruptcy@feinsuch.com
           Marlena S. Diaz-Cobo    on behalf of Creditor   Ten Mile Run Homeowners Association, Inc. collections@theassociationlawyers.com
           Nicholas V. Rogers    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH CERTIFICATES nj.bkecf@fedphe.com
           Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE et.al. nj.bkecf@fedphe.com
           Sherri Jennifer Smith    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH CERTIFICATES nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
                                                                                                                                  TOTAL: 11