UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on August 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**THERON CROMER and
MECHELA N. BAILEY,**

    **Debtors**

Case No.: 16-31373-MBK

Judge: Michael B. Kaplan

## ORDER VACATING STAY

  The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

**DATED: August 9, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtors: | Theron Cromer and Mechela N. Bailey |
| Case No.: | 16-31373-MBK |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Capital One Auto Finance, a division of Capital One, N.A.'s Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

☒ Personal property more fully described as:

**2014 TOYOTA Camry Sedan 4D SE V6**
**V.I.N. 4T1BK1FK9EU539665**

United States Bankruptcy Court
District of New Jersey

In re:  
Theron Cromer  
Mechela N. Bailey  
  Debtors

Case No. 16-31373-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Aug 09, 2018  
        Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.  
db/jdb   +Theron Cromer,   Mechela N. Bailey,   34 Cobblers Circle,   Franklin Park, NJ 08823-1786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

   ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:
    Albert   Russo    docs@russotrustee.com
    Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
    Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
     The Bank of New York Mellon Trust Company, N.A. bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
    Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., f/k/a
     The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the
     Certificateholders of the Multi-Class Mortgage Pass bkecf@milsteadlaw.com,
     alubin@milsteadlaw.com
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
     dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
     jschwartz@mesterschwartz.com
    Jill   Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for THE BANK
     OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS
     TRUSTEE, IN TRUST FOR AND FOR THE BENEFIT OF THE CE bankruptcy@feinsuch.com
    Marlena S. Diaz-Cobo    on behalf of Creditor    Ten Mile Run Homeowners Association, Inc.
     collections@theassociationlawyers.com
    Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
     ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH
     CERTIFICATES nj.bkecf@fedphe.com
    Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING
     COMPANY AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE et.al.
     nj.bkecf@fedphe.com
    Sherri Jennifer Smith    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
     FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH
     CERTIFICATES nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
                                                 TOTAL: 11