Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−31373−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Theron Cromer
34 Cobblers Circle
Franklin Park, NJ 08823

Mechela N. Bailey
34 Cobblers Circle
Franklin Park, NJ 08823

Social Security No.:
xxx−xx−2095

xxx−xx−3819

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on September 12, 2018.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 12, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-31373-MBK
Theron Cromer                                                           Chapter 13
Mechela N. Bailey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Sep 12, 2018
                              Form ID: 148             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
```
db/jdb         +Theron Cromer,    Mechela N. Bailey,    34 Cobblers Circle,    Franklin Park, NJ 08823-1786
aty            +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,    One Penn Center,
                 Suite #1400,    Philadelphia, PA 19103-1814
cr             +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              Ten Mile Run Homeowners Association, Inc.,    C/O McGovern Legal Services, LLC,
                 850 US Highway 1,    PO Box 1111,    New Brunswick, NJ 08903-1111
cr             +WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING C,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516488998      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
516489001      +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516489002      +Chase Mortgage,    Po Box 24696,    Columbus, OH 43224-0696
516489003      +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
516489006      +Citibank / Sears,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516489008      +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516489012       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
516489013      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
516579744       HSBC BANK USA, NATIONAL ASSOCIATION et.al,    WELLS FARGO BANK, N.A.,
                 Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516489014      +Phelan Hallinan, Diamond & Jones, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516489015      +Pier 1/Comenity Bank,    Po Box 15298,    Wilmington, DE 19850-5298
516489017      +Somerset County Sheriff,    20 Grove Street,    PO Box 3000,    Somerville, NJ 08876-1262
516593799      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516489028       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2018 23:56:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2018 23:56:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516574603       EDI: AIS.COM Sep 13 2018 03:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
516488985       EDI: BANKAMER.COM Sep 13 2018 03:13:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
516488982      +EDI: BANKAMER.COM Sep 13 2018 03:13:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516488988      +EDI: TSYS2.COM Sep 13 2018 03:13:00      Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
516488989      +EDI: TSYS2.COM Sep 13 2018 03:13:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
516488993       EDI: CAPITALONE.COM Sep 13 2018 03:13:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
516489005       E-mail/Text: bknotices@checkassistflorida.com Sep 12 2018 23:56:54      Check Assist,
                 2405 Langley Ave,    Pensacola, FL 32504
516488990      +EDI: CAPITALONE.COM Sep 13 2018 03:13:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516535760      +EDI: AISACG.COM Sep 13 2018 03:13:00      Capital One Auto Finance,
                 c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
516488996      +EDI: CAPONEAUTO.COM Sep 13 2018 03:13:00      Capital One Auto Finance,    3905 N Dallas Pkwy,
                 Plano, TX 75093-7892
516556171      +EDI: AISACG.COM Sep 13 2018 03:13:00      Capital One Auto Finance,,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516488997      +EDI: CHASE.COM Sep 13 2018 03:13:00      Chase,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmingotn, DE 19850-5298
516488999      +EDI: CHASE.COM Sep 13 2018 03:13:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516489004      +E-mail/Text: bknotices@checkassistflorida.com Sep 12 2018 23:56:54      Check Assist,
                 Po Box 11128,    Pensacola, FL 32524-1128
516489007      +EDI: SEARS.COM Sep 13 2018 03:13:00      Citibank / Sears,    Po Box 6282,
                 Sioux Falls, SD 57117-6282
516489009      +EDI: SEARS.COM Sep 13 2018 03:13:00      Citibank Sears,    Po Box 6189,
                 Sioux Falls, SD 57117-6189
516489010      +EDI: RCSFNBMARIN.COM Sep 13 2018 03:13:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
516489011      +EDI: RCSFNBMARIN.COM Sep 13 2018 03:13:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
516702382       EDI: PRA.COM Sep 13 2018 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3            User: admin              Page 2 of 3               Date Rcvd: Sep 12, 2018
                                Form ID: 148             Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516489016        +E-mail/Text: jennifer.chacon@spservicing.com Sep 12 2018 23:57:20
                  Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
516489019        +EDI: RMSC.COM Sep 13 2018 03:13:00      Synchrony Bank/HH Gregg,    Po Box 965036,
                  Orlando, FL 32896-5036
516489018        +EDI: RMSC.COM Sep 13 2018 03:13:00      Synchrony Bank/HH Gregg,    Po Box 965060,
                  Orlando, FL 32896-5060
516489021        +EDI: RMSC.COM Sep 13 2018 03:13:00      Synchrony Bank/Linen N' Things,    Po Box 965005,
                  Orlando, FL 32896-5005
516489020        +EDI: RMSC.COM Sep 13 2018 03:13:00      Synchrony Bank/Linen N' Things,    Po Box 965064,
                  Orlando, FL 32896-5064
516489023        +EDI: RMSC.COM Sep 13 2018 03:13:00      Synchrony Bank/Sams,    Po Box 965005,
                  Orlando, FL 32896-5005
516489022        +EDI: RMSC.COM Sep 13 2018 03:13:00      Synchrony Bank/Sams,    Po Box 965060,
                  Orlando, FL 32896-5060
516489026         EDI: TFSR.COM Sep 13 2018 03:13:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                  Parsippany, NJ 07054
516489024         EDI: TFSR.COM Sep 13 2018 03:13:00      Toyota Motor Credit Co,    Toyota Financial Services,
                  Po Box 8026,    Cedar Rapids, IA 52408
516703389         E-mail/Text: jennifer.chacon@spservicing.com Sep 12 2018 23:57:20
                  The BNYM Trust Company, NA, Trustee (See 410),    c/o Select Portfolio Servicing, Inc.,
                  PO BOX 65250,    Salt Lake City, Utah 84165-0250
516489029        +EDI: VERIZONCOMB.COM Sep 13 2018 03:13:00      Verizon,    500 Technology Dr,    Suite 500,
                  Weldon Spring, MO 63304-2225
516489030        +EDI: VERIZONCOMB.COM Sep 13 2018 03:13:00      Verizon,    Po Box 49,    Lakeland, FL 33802-0049
516488981         EDI: WFFC.COM Sep 13 2018 03:13:00      Americas Servicing Co,    8480 Stagecoach Circle,
                  Frederick, MD 21701
                                                                                               TOTAL: 34

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516488986*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
516488987*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
516488983*       +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516488984*       +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516488994*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516488995*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516488991*       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516488992*       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516489000*       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516489027*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co,     4 Gatehall Dr Ste 350,
                  Parsippany, NJ 07054)
516489025*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
                                                                                               TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3              User: admin               Page 3 of 3              Date Rcvd: Sep 12, 2018
                                  Form ID: 148              Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:

        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
        Albert Russo    docs@russotrustee.com
        Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., f/k/a
        The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the
        Certificateholders of the Multi-Class Mortgage Pass bkecf@milsteadlaw.com,
        alubin@milsteadlaw.com
        Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
        The Bank of New York Mellon Trust Company, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
        jschwartz@mesterschwartz.com
        Jill Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for THE BANK
        OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS
        TRUSTEE, IN TRUST FOR AND FOR THE BENEFIT OF THE CE bankruptcy@feinsuch.com
        Marlena S. Diaz-Cobo    on behalf of Creditor    Ten Mile Run Homeowners Association, Inc.
        collections@theassociationlawyers.com
        Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING
        COMPANY AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE et.al.
        nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
        ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH
        CERTIFICATES nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
        FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH
        CERTIFICATES nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

                                                                                          TOTAL: 11