| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on September 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Theron Cromer<br>Mechela N. Bailey<br><br><br>Debtor(s) | Case No.: 16-31373 / MBK<br><br>Chapter 13<br><br>Hearing Date: 06/26/2018  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2018**

*signature*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Theron Cromer  
Mechela N. Bailey  
    Debtors

Case No. 16-31373-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 12, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.  
db/jdb        +Theron Cromer,    Mechela N. Bailey,    34 Cobblers Circle,    Franklin Park, NJ 08823-1786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Andrew M. Lubin     on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for  
          The Bank of New York Mellon Trust Company, N.A. bkecf@milsteadlaw.com,   alubin@milsteadlaw.com  
          Andrew M. Lubin     on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., f/k/a  
          The Bank of New York Trust Company, N.A., as Trustee, in trust for and for the benefit of the  
          Certificateholders of the Multi-Class Mortgage Pass bkecf@milsteadlaw.com,  
          alubin@milsteadlaw.com  
          Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Jason Brett Schwartz     on behalf of Creditor    Capital One Auto Finance  
          jschwartz@mesterschwartz.com  
          Jill   Manzo     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for THE BANK  
          OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS  
          TRUSTEE, IN TRUST FOR AND FOR THE BENEFIT OF THE CE bankruptcy@feinsuch.com  
          Marlena S. Diaz-Cobo     on behalf of Creditor    Ten Mile Run Homeowners Association, Inc.  
          collections@theassociationlawyers.com  
          Nicholas V. Rogers     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR  
          ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH  
          CERTIFICATES nj.bkecf@fedphe.com  
          Nicholas V. Rogers     on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING  
          COMPANY AS SERVICING AGENT FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE et.al.  
          nj.bkecf@fedphe.com  
          Sherri Jennifer Smith     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE  
          FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3, ASSET-BACKED PASS THROUGH  
          CERTIFICATES nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com  
                                                                                                                  TOTAL: 11